IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 20-30825 |
| | § | |
| TEXAN SUPER DEALER, INC., | § | |
| DEBTOR(S) | § | |
| | § | CHAPTER 7 |

## NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES

COMES NOW, H. Gray Burks, IV of the law firm of Shapiro Schwartz, LLP and files this notice of substitution of counsel. This Notice terminates Gwendolyn Simpson and the firm of G. Simpson Law, PLLC as counsel and substitutes H. Gray Burks, IV, as attorney in charge, and the firm of Shapiro Schwartz, LLP as counsel for Pactum Capital, LLC, a secured creditor of Debtor.

Shapiro Schwartz, LLP requests receipt of all copies of notices and pleadings, including but not limited to all notices sent pursuant to Rule 2002 of the Bankruptcy Rules and all copies of all pleadings filed pursuant to Bankruptcy and Local Rules 4001, 9007, and 9013. Copies of all such notices and pleadings should be sent to:

**H. Gray Burks, IV**
**Shapiro Schwartz, LLP**
**gburks@logs.com**


Respectfully submitted,
SHAPIRO SCHWARTZ, LLP

By: */s/ H. Gray Burks, IV*
  H. Gray Burks, IV
  State Bar No. 03418320
  Shapiro Schwartz, LLP
  13105 Northwest Freeway, Suite 1200
  Houston, TX 77040
  Telephone: (713) 462-2565
  Facsimile: (847) 879-4823
  Email: gburks@logs.com
  *Attorney for Pactum Capital, LLC*


NOTICE OF APPEARANCE & COS
20-035955 - BK01

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Request for Notices was served on April 29, 2020 via ECF/CMM electronic notice as follows:

(By CM/ECF)
DEBTOR'S ATTORNEY:
H. Miles Cohn
Crain, Caton & James, P.C.
1401 McKinney
17th Floor
Houston, TX 77010

Michelle Valadares Friery
Crain, Caton & James, P.C.
1401 McKinney
Ste1700
Houston, TX 77010

| | |
|---|---|
| (By CM/ECF) | (By CM/ECF) |
| BANKRUPTCY TRUSTEE: | U.S. TRUSTEE: |
| Eva S Engelhart | US Trustee |
| Ross Banks May Cron and Cavin PC | Office of the US Trustee |
| 2 Riverway Ste 700 | 515 Rusk Ave Ste 3516 |
| Houston, TX 77056 | Houston, TX 77002 |

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV