IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 20-30825 |
| TEXAN SUPER DEALER, INC., | § | |
| DEBTOR(S) | § | |
| | § | |
| | § | CHAPTER 7 |
| | § | |
| PACTUM CAPITAL, LLC, ITS | § | |
| SUCCESSORS IN INTEREST AND/OR | § | |
| ASSIGNEES | § | |
| | § | |
| MOVANT | § | HEARING ON MOTION |
| | § | TO LIFT STAY |
| VS. | § | May 12, 2020 |
| | § | |
| TEXAN SUPER DEALER, INC.; | § | |
| EVA S. ENGELHART, CHAPTER 7 | § | |
| TRUSTEE; CHASEWOOD, LTD.; | § | |
| VICTORIA VILLAGE HOMES, LTD.; | § | |
| AND OMERO DEL PAPA, III, | | |
| RESPONDENT(S) | | TIME:  1:30 pm |

**<u>INTERIM ORDER CONDITIONING STAY ON TWO (2) VEHICLES
WITH RESPECT TO PACTUM CAPITAL, LLC
[RELATES TO DOCKET NO. 31]</u>**

This Court conducted a hearing on May 12, 2020 on the Motion for Relief from Automatic Stay filed by Pactum Capital, LLC ("Movant") (Docket No. 31), and the response filed by the Chapter 7 Trustee (Docket No. 30), and the response filed by creditors, Chasewood, Ltd., Victoria Village Homes, Ltd., and Omero del Papa, III (Docket No. 25). On the announcements and arguments of counsel, it is

**ORDERED** that the Automatic Stay of 11 U.S.C.§362 is hereby conditioned as to Movant, its successors in interest and assignees, to allow Pactum Capital, LLC to take possession of the two (2) vehicles ("the Vehicles") described as:

1) 2018 Jaguar FPA; VIN SADCJ2GX3JA203988; and

2) 2016 RAM 250; VIN 3C6UR5CL5GG281218.

**FURTHER ORDERED** that upon obtaining possession of the Vehicles, Pactum Capital, LLC shall not sell or otherwise dispose of the Vehicles pending further order of this Court.

**FURTHER ORDERED** that a final evidentiary hearing regarding relief from the automatic stay as to all vehicles and motor vehicle retail installment contracts which are the subject of Movant's motion for relief from automatic stay (Docket No. 31) shall be conducted on _____, 2020, at _____ am/pm.

ReservedForJudgeSignature

Submitted by:

_____
H. Gray Burks, IV
State Bar No. 03418320
gburks@logs.com
Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone: (713) 462-2565
Facsimile: (847)879-4856
*Attorneys for Pactum Capital, LLC*