IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | CASE NUMBER: 20-30825 |
| TEXAN SUPER DEALER, INC., § | |
| DEBTOR(S) § | |
| § | |
| § | CHAPTER 7 |
| § | |
| PACTUM CAPITAL, LLC, ITS § | |
| SUCCESSORS IN INTEREST AND/OR § | |
| ASSIGNEES, § | |
| § | |
| MOVANT § | HEARING ON MOTION |
| § | TO LIFT STAY |
| VS. § | June 3, 2020 |
| § | |
| TEXAN SUPER DEALER, INC.; § | |
| EVA S. ENGELHART, CHAPTER 7 § | |
| TRUSTEE; CHASEWOOD, LTD.; § | |
| VICTORIA VILLAGE HOMES, LTD.; § | |
| AND OMERO DEL PAPA, III, | |
| RESPONDENT(S) | TIME:  1:00 pm |

**AGREED ORDER ON AUTOMATIC STAY**
**WITH RESPECT TO PACTUM CAPITAL, LLC**
**[RELATES TO DOCKET NO. 31]**

Upon consideration of "Pactum Capital, LLC's First Amended Motion for Relief from Automatic Stay as to Motor Vehicles" filed by Pactum Capital, LLC ("Pactum") (Docket No. 31, amending Docket No. 23), the response filed by the Chapter 7 Trustee (Docket No. 30), the response filed by creditors, Chasewood, Ltd., Victoria Village Homes, Ltd., and Omero del Papa, III ("the Objecting Creditors") (Docket No. 25), and the below agreement of the parties, it is

**ORDERED** that the Automatic Stay of 11 U.S.C.§362 is hereby terminated as to each of the forty (40) vehicles listed on the attached Exhibit "A" and related the Motor Vehicle Retail Installment Sales Contracts, and Texas Certificates of Title to allow Pactum Capital, LLC, its successors in interest and/or assigns to pursue all of its rights and remedies including collection on

notes, and repossession and sale of vehicles pursuant to applicable Texas State Law under all of the loan documents between Pactum Capital, LLC and Texan Super Dealer, Inc. including all the documents attached to "Pactum Capital, LLC's First Amended Motion for Relief from Automatic Stay as to Motor Vehicles" (Docket No. 31).

**FURTHER ORDERED** that the Automatic Stay of 11 U.S.C.§362 is hereby terminated as to each of the four (4) vehicles listed on the attached Exhibit "B" and related Motor Vehicle Retail Installment Sales Contracts and Texas Certificates of Title to allow Pactum Capital, LLC, its successors in interest and/or assigns to pursue all of its rights and remedies including collection on notes, and repossession and sale of vehicles pursuant to applicable Texas State Law, under all of the loan documents between Pactum Capital, LLC and Texan Super Dealer, Inc. including all the documents attached to "Pactum Capital, LLC's First Amended Motion for Relief from Automatic Stay as to Motor Vehicles" (Docket No. 31). These four vehicles were subject to competing lien claims between Pactum and the Objecting Creditors. By the below agreement, Pactum is entitled to enforce its liens on these vehicles and related Motor Vehicle Retail Installment Sales Contracts and Texas Certificates of Title.

**FURTHER ORDERED** that the automatic stay shall remain in effect as to the six (6) vehicles listed on the attached Exhibit "C" and related Motor Vehicle Retail Installment Sales Contracts and Texas Certificates of Title. These six vehicles were subject to competing lien claims between Pactum and the Objecting Creditors. By the below agreement, Pactum shall not enforce its claimed liens on these six vehicles or any related Motor Vehicle Retail Installment Sales Contracts or Texas Certificates of Title. Nothing in this order affects the lien rights in these six vehicles claimed by the Objecting Creditors.

**FURTHER ORDERED** that the automatic stay shall terminate as to each of the nineteen (19) vehicles and related Motor Vehicle Retail Installment Sales Contracts and Texas Certificates of Title listed in the attached Exhibit "D" subject to the following conditions and limitations:

a) Pactum shall not exercise any of its rights unless and until authorized in writing to do so by the Chapter 7 Trustee or her attorney.

b) The Chapter 7 Trustee may determine the location of these vehicles, Motor Vehicle Retail Installment Sales Contracts or Texas Certificates of Title, and shall retain her rights to determine the validity of liens, avoid liens, seek turnover of the vehicles and related Motor Vehicle Retail Installment Sales Contracts and Texas Certificates of Title, and take any other relief related thereto with respect to the vehicles listed in the attached Exhibit "D".

c) Pactum shall pay to the Trustee 25% of all funds collected in connection with each of the vehicles listed in the attached Exhibit "D" or related Motor Vehicle Retail Installment Sales Contracts or Texas Certificates of Title for those vehicles which the Trustee releases collection rights to Pactum. Pactum shall provide an accounting to the Chapter 7 Trustee by the 21st day after the end of any month in which it receives any such funds.

**SIGNED:**

APPROVED AS TO FORM AND CONTENT:


 /s/ H. Gray Burks, IV_____
H. Gray Burks, IV
State Bar No. 03418320
gburks@logs.com
Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone: (713) 462-2565
Facsimile: (847)879-4856
*Attorneys for Pactum Capital, LLC*


 /s/ Marc Douglas Myers_____
Marc Douglas Myers
State Bar No. 00797133
Ross, Banks, May, Cron & Cavin, P.C.
7700 San Felipe, Suite 550
Houston, TX 77063
*Attorney for Chapter 7 Trustee*


 /s/ Teri H Kelley_____
Teri H. Kelley
State Bar No. 10176900
Law Offices of T.H. Kelley, P.C.
6750 West Loop South, Suite 920
Bellaire, TX 77401
*Attorney for Chasewood, Ltd., Victoria Village Homes, Ltd., and Omero Del Papa, III*

**EXHIBIT A**

| Pactum Loan | Program | Stock No. | Vehicle | Year | VIN No. | Title No. |
|---|---|---|---|---|---|---|
| 4 | Batch Loan | 20042 | Jeep Wrangler | 2012 | 1C4AJWAG9CL192361 | 10127943694172629 |
| 5 | Batch Loan | 20046 | Nissan Sentra | 2011 | 3N1AB6AP2BL695863 | 10178443178154620 |
| 6 | Batch Loan | 20048 | VW Routan | 2012 | 2C4RVABG4CR390507 | To be confirmed. |
| 7 | Batch Loan | 20050 | Honda Odyssey | 2007 | 5FNRL38207B012439 | 10178243249145429 |
| 9 | Batch Loan | 20088 | Toyota Sequoia | 2004 | 5TDZT38AX4S207575 | 10178243249150553 |
| 12 | Batch Loan | 20109 | Ford F-150 | 2016 | 1FTEX1C80GKE23054 | 10178243249144050 |
| 13 | Batch Loan | 20113 | Toyota Corolla | 2005 | 1NXBR32E75Z503125 | 10178043241161553 |
| 15 | Batch Loan | 20118 | GMC Yukon XL | 2002 | 3GKEC16Z42G211665 | 10127943198081540 |
| 146 | Floor Plan | 20124 | Isuzu Axiom | 2004 | 4S2DE58Y444600453 | 10122943236080819 |
| 16 | Batch Loan | 20132 | Chevy Cruze | 2013 | 1G1PA5SH9D7112393 | 10178443178161706 |
| 17 | Batch Loan | 20134 | Toyota Corolla | 2013 | 2T1BU4EE1DC083099 | 10178043449122619 |
| 107 | Floorplan | 20138 | Mitsubishi Galant | 2005 | 4A3AB36F65E056477 | 07931040867092147 |
| 141 | Floorplan | 20161 | Land Rover LR4 | 2012 | SALAK2D47CA609083 | 10130641553074637 |
| 145 | Floor Plan | 20176 | Dodge Journey | 2014 | 3C4PDCGB6ET280352 | 02030643003250050 |
| 18 | Batch Loan | 20190 | Ford Escape | 2016 | 1FMCU0GX2GUC30285 | 10176843313124235 |
| 143 | Floorplan | 20195 | Ford Explorer | 2006 | 1FMEU75896UA73317 | 24632142850100143 |
| 21 | Batch Loan | 20206 | Honda Civic | 2006 | 1HGFA165X6L132837 | To be confirmed. |
| 22 | Batch Loan | 20208 | Hyundai Santa Fe | 2007 | 5NMSH13E27H125929 | 10176843313120638 |
| 23 | Batch Loan | 20210 | Chevrolet Equinox | 2013 | 2GNALPEK9D6100696 | 10178043365133431 |
| 24 | Batch Loan | 20220 | Ford Focus | 2013 | 1FADP3F23DL285262 | 10122943480122038 |
| 25 | Batch Loan | 20221 | Nissan Versa | 2013 | 3N1CN7AP7DL823393 | 10178343410090535 |
| 26 | Batch Loan | 20222 | Toyota Corolla | 2010 | 1NXBU4EE8AZ351477 | 10176843313123636 |
| 148 | Floor Plan | 20239 | Ford F-150 | 1999 | 1FTZX1725XK72486 | 10178143480143716 |
| 149 | Floorplan | 20248 | Nissan Altima | 2015 | 1N4AL3AP0FC451984 | 10127943383162250 |
| 33 | Batch Loan | 20252 | Kia Rio | 2012 | KNADM5A32C6088706 | 10127943365162119 |
| 35 | Batch Loan | 20255 | Dodge Challenger | 2012 | 2C3CDYAG4CH213291 | 10178143480144550 |
| 150 | Floorplan | 20269 | Corvette | 1998 | 1G1YY22G2W5110103 | 10170639462134605 |
| 144 | Floorplan | 20274 | Hummer H3 | 2006 | 5GTDN136568278145 | 10170741616084845 |
| 112 | Floor Plan | 20282 | Acura MDX | 2001 | 2HNYD18641H504547 | 170003481821152602 |
| 113 | Floorplan | 20283 | MG | 1980 | GVVDJ2AG508215 | 01540542130131856 |
| 115 | Floor Plan | 20285 | Toyota Land Cruiser | 2008 | JTMHY05J185001248 | 26222043513133040 |
| 121 | Floorplan | 20289 | BMW 650 | 2012 | WBALX5C54CC893917 | 10131342609250118 |
| 120 | Floorplan | 20295 | Ford Expedition | 2005 | 1FMFU17515LA98608 | A9843672 |
| 123 | Floorplan | 20297 | GMC Acadia | 2009 | 1GKER13D49J112540 | 15420041840135202 |
| 125 | Floorplan | 20310 | BMW 428 | 2015 | WBA4A5C55FD410276 | 73668551001GA |

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| 114 | Floor Plan | 20329 | Jaguar F Pace | 2018 | SADCJ2GX3JA203988 | 17025043192250022 |
| 98 | Floorplan | 20333 | Audi S5 | 2014 | WAUVGAFR2EA027146 | 28695343465008481 |
| 101 | Floor Plan | 20336 | RAM 2500 | 2016 | 3C6UR5CL5GG281218 | 03610042491150338 |
| 30 | Batch Loan | 20236 | Trailblazier | 2005 | 1GNES16S756200982 | 10178043324093254 |
| 117 | Floor Plan | 20341 | Honda Civic | 2007 | 2HGFG12647H537930 | 10130039175150600 |

**EXHIBIT B**

| Pactum Loan | Program | Stock No. | Vehicle | Year | VIN No. | Title No. |
|---|---|---|---|---|---|---|
| 108 | Floorplan | 20184 | Ford Focus | 2012 | 1FAHP3K22CL435321 | 02130041097134331 |
| 151 | Floor Plan | 20270 | Land Rover LR3 | 2006 | SALAG25436A368806 | 10175343241105419 |
| 105 | Floor Plan | 20112 | Chevrolet Trailblazer | 2006 | 1GNDT13S962194298 | 10130242514250025 |
| 1 | Batch Loan | 20006 | Toyota Corolla | 2016 | 2T1BURHE8GC622444 | 10122943193081025 |

**EXHIBIT C**

| Pactum Loan | Program | Stock No. | Vehicle | Year | VIN No. | Title No. |
|---|---|---|---|---|---|---|
| 126 | Floor Plan | 20311 | BMW 535 | 2011 | WBAFR7C51BC807352 | 22031141309080827 |
| 104 | Floor Plan | 20103 | Jeep Cherokee | 2003 | 1J4GX48S63C514715 | 17032042260105027 |
|  |  |  | Audi A6 | 2012 | WAUHGAFC2CN065958 |  |
|  |  |  | Porsche Cayenne | 2012 | WP1AA2A28CLA06241 |  |
|  |  |  | BMW 550 | 2007 | WBANB53577CP08482 |  |
|  |  |  | Toyota Corolla | 2017 | 5YFBURHE4HP639002 |  |

**EXHIBIT D**

| Pactum Loan | Program | Stock No. | Vehicle | Year | VIN No. | Title No. |
|---|---|---|---|---|---|---|
| 106 | Floor Plan | 20125 | Ford Expedition | 2003 | 1FMFU17L53LB89683 | 10122943184081305 |
| 147 | Floor Plan | 20218 | Kia Rio | 2006 | KNADE123166090598 | 10178343410100730 |
| 110 | Floor Plan | 20259 | Nissan Altima | 2008 | 1N4AL24E58C288045 | 01432141983152020 |
| 103 | Floor Plan | 20338 | Ford F-250 | 2011 | 1FT7W2BT2BED12259 | 28695343514008575 |
| 118 | Floor Plan | 20342 | Cadillac XTS | 2013 | 2G61P5S34D9226755 | 10130141484140241 |
| 2 | Batch Loan | 20007 | Mercury Sable | 2005 | 1MEFM50U95A624085 | 10127943493120817 |
| 3 | Batch Loan | 20028 | Ford F-150 | 2012 | 1FTNF1CTXCKD45982 | 10127943198084105 |
| 10 | Batch Loan | 20092 | Toyota Matrix | 2003 | 2T1KR32E03C016167 | 10178243498165600 |
| 11 | Batch Loan | 20096 | Toyota Corolla | 2010 | 1NXBU4EE2AZ299716 | 10178443178163552 |
| 14 | Batch Loan | 20115 | Ford F-150 | 2010 | 1FTFW1EV9AFC50760 | 26833043680161036 |
| 20 | Batch Loan | 20200 | Ford Mustang | 2008 | 1ZVHT80N585171908 | 10122943352154808 |
| 28 | Batch Loan | 20234 | Chevrolet Suburban | 2007 | 3GNFC16007G136771 | 10178143480144041 |
| 29 | Batch Loan | 20235 | Mazda Tribute | 2004 | 4F2YZ04144KM18888 | 10178243498165254 |
| 31 | Batch Loan | 20240 | Audi A4 | 2009 | WAUSF78K09N048682 | 10178243498170110 |
| 32 | Batch Loan | 20247 | Hyundai Sonata | 2015 | 5NPE24AF9FH219268 | 26833043680161126 |
| 34 | Batch Loan | 20254 | Nissan Altima | 2007 | 1N4AL21EX7N493934 | 10122943480120553 |
| 8 | Batch Loan | 20078 | Ford Explorer | 2004 | 1FMZU62K34UA60989 | Unknown |
| 19 | Batch Loan | 20199 | Dodge Avenger | 2008 | 1B3LC56K48N159193 | Unknown |
| 27 | Batch Loan | 20232 | Toyota Tundra | 2008 | 5TFBV54168X041584 | Unknown |

**EXHIBIT D**