UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-30825 |
| | § | |
| TEXAN SUPER DEALER, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $252,696.42 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,449,357.55 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $182,639.50 | | |

3) Total gross receipts of $1,631,997.05 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,631,997.05 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,922,619.52 | $1,922,619.52 | $1,444,795.98 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $182,639.50 | $182,639.50 | $182,639.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $207,699.94 | $207,699.94 | $4,561.57 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $2,936,211.99 | $2,936,211.99 | $0.00 |
| **Total Disbursements** | $0.00 | $5,249,170.95 | $5,249,170.95 | $1,631,997.05 |

4). This case was originally filed under chapter 7 on 02/03/2020. The case was pending for 46 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/04/2023</u>     By: <u>/s/ Eva Engelhart</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Land and building located at 2445 Farm to Market 2920, Spring, TX 77388, more particularly described as 1.3941 acres of | 1110-000 | $1,487,633.22 |
| Bank of America Checking 2329 | 1129-000 | $120.00 |
| See attached Exhibit A Principal amount and interest owed on financed vehicles | 1129-000 | $69,243.83 |
| Potential claims against Omero ("Rocky") del Papa, III related to the sale of the real property and the separation from | 1141-000 | $75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,631,997.05** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al. | 4210-000 | $0.00 | $802.88 | $802.88 | $0.00 |
| 2 | Comptroller of Public Accounts | 4210-000 | $0.00 | $5,385.50 | $5,385.50 | $5,385.50 |
| 3 | American Credit Acceptance | 4210-000 | $0.00 | $126,493.25 | $126,493.25 | $0.00 |
| 5-2 | Comptroller of Public Accounts | 4210-000 | $0.00 | $1,777.26 | $1,777.26 | $1,777.26 |
| 12 | Klein Independent School District | 4210-000 | $0.00 | $573.43 | $573.43 | $0.00 |
| 13 | Tomball Independent School District | 4210-000 | $0.00 | $722.03 | $722.03 | $0.00 |
| 14 | Spring West Municipal Utility District | 4210-000 | $0.00 | $311.95 | $311.95 | $0.00 |
| 17 | Glenda Stehling | 4210-000 | $0.00 | $42,980.00 | $42,980.00 | $0.00 |
| 24 | Victoria Village Homes, Ltd. | 4210-000 | $0.00 | $132,000.00 | $132,000.00 | $0.00 |
| 25 | Pactum Capital LLC | 4210-000 | $0.00 | $173,940.00 | $173,940.00 | $0.00 |
| | Lien Payoff | 4110-000 | $0.00 | $1,437,633.22 | $1,437,633.22 | $1,437,633.22 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,922,619.52** | **$1,922,619.52** | **$1,444,795.98** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $72,209.91 | $72,209.91 | $72,209.91 |
| Eva Engelhart, Trustee | 2200-000 | NA | $525.01 | $525.01 | $525.01 |
| International Sureties, Ltd. | 2300-000 | NA | $210.10 | $210.10 | $210.10 |
| Independent Bank | 2600-000 | NA | $2,659.67 | $2,659.67 | $2,659.67 |
| Veritex Community Bank | 2600-000 | NA | $3,502.55 | $3,502.55 | $3,502.55 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3110-000 | NA | $46,480.00 | $46,480.00 | $46,480.00 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3120-000 | NA | $2,562.88 | $2,562.88 | $2,562.88 |
| TPS-West, LLC, Accountant for Trustee | 3410-000 | NA | $10,271.50 | $10,271.50 | $10,271.50 |
| William G. West, CPA, Accountant for Trustee | 3410-000 | NA | $43,891.25 | $43,891.25 | $43,891.25 |
| TPS-West, LLC, Accountant for Trustee | 3420-000 | NA | $151.28 | $151.28 | $151.28 |
| William G. West, CPA, Accountant for Trustee | 3420-000 | NA | $175.35 | $175.35 | $175.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $182,639.50 | $182,639.50 | $182,639.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Harris County Attorney | 5800-000 | $0.00 | $196,500.00 | $196,500.00 | $4,315.59 |
| 7 | TEXAS WORKFORCE COMMISSION | 5800-000 | $0.00 | $497.05 | $497.05 | $10.92 |
| 18-2P | Internal Revenue Service | 5800-000 | $0.00 | $10,702.89 | $10,702.89 | $235.06 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $207,699.94 | $207,699.94 | $4,561.57 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Julia and Ronald Stern | 7100-000 | $0.00 | $862,498.85 | $862,498.85 | $0.00 |
| 7a | TEXAS WORKFORCE COMMISSION | 7100-000 | $0.00 | $60.00 | $60.00 | $0.00 |
| 8 | Juan Carlos Cornella | 7100-000 | $0.00 | $600,000.00 | $600,000.00 | $0.00 |
| 9 | Gustavo Jaeger | 7100-000 | $0.00 | $21,000.00 | $21,000.00 | $0.00 |
| 10 | Arsenal Financial Services, LLC | 7100-000 | $0.00 | $29,835.00 | $29,835.00 | $0.00 |
| 11 | Steve Polakoff | 7100-000 | $0.00 | $115,428.00 | $115,428.00 | $0.00 |
| 15 | Dennis Molina | 7100-000 | $0.00 | $63,210.00 | $63,210.00 | $0.00 |
| 16 | Carlos Ferrer | 7100-000 | $0.00 | $19,800.00 | $19,800.00 | $0.00 |
| 18-2U | Internal Revenue Service | 7100-000 | $0.00 | $17,563.77 | $17,563.77 | $0.00 |
| 19 | Craig Martin | 7100-000 | $0.00 | $5,232.50 | $5,232.50 | $0.00 |
| 20 | Ronald Stern, Jr. | 7100-000 | $0.00 | $82,806.00 | $82,806.00 | $0.00 |
| 21 | Judith Bowen | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 22 | Estate of William Stern | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| 23 | Rocky del Papa | 7100-000 | $0.00 | $432,845.87 | $432,845.87 | $0.00 |
| 24a | Victoria Village Homes, Ltd. | 7100-000 | $0.00 | $233,000.00 | $233,000.00 | $0.00 |
| 25a | Pactum Capital LLC | 7100-000 | $0.00 | $302,932.00 | $302,932.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,936,211.99 | $2,936,211.99 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-30825-H3-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | Date Filed (f) or Converted (c): | 02/03/2020 (f) |
| For the Period Ending: | 12/4/2023 | §341(a) Meeting Date: | 03/12/2020 |
| | | Claims Bar Date: | 09/28/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Checking 2253 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Bank of America Checking 2329 | $222.47 | $222.47 | | $120.00 | FA |
| 3 | Inventory: 29 cars detailed on Exhibit B | $243,306.42 | $0.00 | OA | $0.00 | FA |

**Asset Notes:** abandoned and encumbered:

Abandoned per Order Entered 03-17-20 Doc #20
ord Explorer 2006, 2009 GMC Acadia SLE1, 2001 Acura MDX, 2007 Honda Odyssey, 2005 Mitsubishi Galant, 2001 Honda Odyssey, 2007 Mercedes Benz SL, Void2005 Dodge Durango, 2005 Toyota Tundra, 2001 Honda Odyssey, 2007 Chevrolet Cobalt, 2007 Nissan Murano
2002 Nissan Altima, 2015 Nissan Altima

Abandoned per Doc #93
2006 Chevrolet (VIN 18725), 2012 Ford (Vin 49248)

Abandon per Doc #96
see notice of abandonment for list

Abandoned per Doc #107
BMW 535 (Vin ref 07352), Jeep Cherokee (Vin ref 14715), Audi A6 (Vin ref 65958), Porsche Cayenne (Vin ref 06241), BMW 550 (Vin ref 08482), Toyota Corolla (Vin ref 39002)

| 4 | 6 desks | $720.00 | $720.00 | | $0.00 | FA |
| 5 | 5 chairs | $60.00 | $60.00 | | $0.00 | FA |
| 6 | Conference table and 6 chairs | $660.00 | $660.00 | | $0.00 | FA |
| 7 | Refrigerator | $100.00 | $100.00 | | $0.00 | FA |
| 8 | Server and security equipment, including screen and cameras | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 9 | Brake Rectificator Machine | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 10 | Tools | $850.00 | $850.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 20-30825-H3-7 | Trustee Name: | Eva Engelhart |
| Case Name: | TEXAN SUPER DEALER, INC. | Date Filed (f) or Converted (c): | 02/03/2020 (f) |
| For the Period Ending: | 12/4/2023 | §341(a) Meeting Date: | 03/12/2020 |
| | | Claims Bar Date: | 09/28/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | Land and building located at 2445 Farm to Market 2920, Spring, TX 77388, more particularly described as 1.3941 acres of land situated in the J.A. Hughes Survey, Abstract No. 363, Harris County, Texas, being a portion of that certain called KMBK LLC, a subdivision as shown on map or plat recorded under Film Code No. 681454 of the Map Records of Harris County, Texas | $763,058.00 | $50,000.00 | | $1,487,633.22 | FA |
| | Asset Notes: The sale was subject to two liens, first in the amount of $1,105,296.23 and the second in the amount of $332,336.99. Both liens were assumed by the buyer and the estate received the full value of the balance due on both note liens as a credit, plus $50,000; Lien per amended D filed 03-23-20 | | | | | |
| 12 | See attached Exhibit A Principal amount and interest owed on financed vehicles | $845,593.43 | $845,593.43 | | $69,243.83 | FA |
| 13 | Potential claims against Omero ("Rocky") del Papa, III related to the sale of the real property and the separation from the Debtor | Unknown | $50,000.00 | | $75,000.00 | FA |
| 14 | void | $0.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Entered in error | | | | | |
| 15 | Void -duplicative of asset 3 entered in error | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $1,861,570.32 | $955,205.90 | | $1,631,997.05 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
All vehicles worth repossessing have been repossessed. Turning attention to claim objection litigation
working on repossessing vehicles
working on repossessing vehicles
working on repossessing vehicles
transferring titles to Arsenal
continued collection of vehicle note receivables; claim review
collecting on vehicle note receivables and waiting for approval of settlement of Ch. 5 claim

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 20-30825-H3-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | Date Filed (f) or Converted (c): | 02/03/2020 (f) |
| For the Period Ending: | 12/4/2023 | §341(a) Meeting Date: | 03/12/2020 |
| | | Claims Bar Date: | 09/28/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Bank record analysis; collecting contract sales funds.

working to sell car installment contracts for a percentage collection proceeds

Initial Projected Date Of Final Report (TFR):  12/30/2024     Current Projected Date Of Final Report (TFR): 12/30/2024

/s/ EVA ENGELHART

EVA ENGELHART

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-30825-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3186 | | Checking Acct #: | ******0825 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/3/2020 | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 12/4/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2020 | (2) | Texan Super Dealer Inc. | Turnover of bank account funds. | 1129-000 | $120.00 | | $120.00 |
| 05/04/2020 | | 29 Texas Super Dealer Inc. | Order Entered 4/28/20, Doc # 37  Posted 5/1/20, Entered 5/4/20 | * | $50,000.00 | | $50,120.00 |
| | {11} | | Gross Consideration        $1,487,633.22 | 1110-000 | | | $50,120.00 |
| | | | Lien Payoff        $(1,437,633.22) | 4110-000 | | | $50,120.00 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $73.08 | $50,046.92 |
| 09/30/2020 | (12) | Arsenal Financial Services LLC | Order Entered 9/18/20, Doc # 64 | 1129-000 | $19,105.42 | | $69,152.34 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $72.98 | $69,079.36 |
| 10/05/2020 | 3001 | International Sureties, Ltd. | Bond Premium: 10/1/20-10/1/21  Bond # 016071777 | 2300-000 | | $27.20 | $69,052.16 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $100.70 | $68,951.46 |
| 11/06/2020 | (12) | Arsenal Financial Services LLC | Order Entered 9/18/20, Doc # 64 | 1129-000 | $3,751.89 | | $72,703.35 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $104.65 | $72,598.70 |
| 12/15/2020 | 3002 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 12/14/20, Doc # 73  Attorney Interim Fees | 3110-000 | | $15,000.00 | $57,598.70 |
| 12/30/2020 | (12) | Arsenal Financial Services LLC | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $5,573.75 | | $63,172.45 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $94.93 | $63,077.52 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $90.82 | $62,986.70 |
| 02/25/2021 | (13) | Omero L Del Papa | Order Entered 2/22/21, Doc # 78  Rcvd 2/24/21 | 1141-000 | $75,000.00 | | $137,986.70 |
| 02/26/2021 | (12) | Arsenal Financial Services | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $6,291.52 | | $144,278.22 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $100.60 | $144,177.62 |
| 03/10/2021 | 3003 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 12/14/20, Doc # 73  Remaining attorney fees | 3110-000 | | $18,390.00 | $125,787.62 |
| 03/10/2021 | 3004 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 12/14/20, Doc # 73  Attorney expenses | 3120-000 | | $1,963.66 | $123,823.96 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $194.11 | $123,629.85 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $180.28 | $123,449.57 |
| 05/05/2021 | (12) | Arsenal Financial Services | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $5,718.47 | | $129,168.04 |
| | | | **SUBTOTALS** | | $165,561.05 | $36,393.01 | |

Page No: 2  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-30825-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3186 | | Checking Acct #: | ******0825 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/3/2020 | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 12/4/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $187.36 | $128,980.68 |
| 06/21/2021 | (12) | Arsenal Financial Services LLC | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $7,184.86 | | $136,165.54 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $190.98 | $135,974.56 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $198.29 | $135,776.27 |
| 08/24/2021 | (12) | Arsenal Financial Services LLC | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $8,510.66 | | $144,286.93 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $200.57 | $144,086.36 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $210.12 | $143,876.24 |
| 10/04/2021 | 3005 | International Sureties, Ltd. | Bond Premium: 10/1/21-10/1/22 Bond # 016071777 | 2300-000 | | $98.35 | $143,777.89 |
| 10/21/2021 | (12) | Arsenal Financial Services LLC | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $10,262.99 | | $154,040.88 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $211.88 | $153,829.00 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $224.32 | $153,604.68 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $224.00 | $153,380.68 |
| 01/19/2022 | (12) | Arsenal Financial Services LLC | Ordered Entered 9/18/20, Doc # 64 | 1129-000 | $2,844.27 | | $156,224.95 |
| 01/28/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $156,224.95 | $0.00 |

SUBTOTALS   $28,802.78   $157,970.82

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-30825-H3-7 | |
| **Case Name:** | TEXAN SUPER DEALER, INC. | |
| **Primary Taxpayer ID #:** | **-***3186 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/3/2020 | |
| **For Period Ending:** | 12/4/2023 | |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0825 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $197,925,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $194,363.83 | $194,363.83 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $156,224.95 | |
| **Subtotal** | $194,363.83 | $38,138.88 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $194,363.83 | $38,138.88 | |

**For the period of 2/3/2020 to 12/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,631,997.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,631,997.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,475,772.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,475,772.10 |
| Total Internal/Transfer Disbursements: | $156,224.95 |

**For the entire history of the account between 04/29/2020 to 12/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $1,631,997.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,631,997.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,475,772.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,475,772.10 |
| Total Internal/Transfer Disbursements: | $156,224.95 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-30825-H3-7 | | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3186 | | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/3/2020 | | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 12/4/2023 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $156,224.95 | | $156,224.95 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $32.52 | $156,192.43 |
| 02/02/2022 | | Veritex Community Bank | Bank Service Fee Refund | 2600-000 | | ($32.52) | $156,224.95 |
| 02/16/2022 | 5001 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 2/15/22, Doc # 85 Second Interim Attorney Fees | 3110-000 | | $9,485.00 | $146,739.95 |
| 02/16/2022 | 5002 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 2/15/22, Doc # 85 Second Interim Attorney Expenses | 3120-000 | | $225.50 | $146,514.45 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $221.13 | $146,293.32 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $236.07 | $146,057.25 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $235.69 | $145,821.56 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $227.72 | $145,593.84 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $227.36 | $145,366.48 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $234.57 | $145,131.91 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $234.19 | $144,897.72 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $241.36 | $144,656.36 |
| 10/21/2022 | 5003 | International Sureties, Ltd. | Bond Premium: 10/1/22-10/1/23 Bond # 016071777 | 2300-000 | | $84.55 | $144,571.81 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $218.37 | $144,353.44 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $225.42 | $144,128.02 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $232.57 | $143,895.45 |
| 01/03/2023 | 5004 | William G. West, CPA | Order Entered 12/13/22, Doc # 91 Accountant Fees | 3410-000 | | $43,891.25 | $100,004.20 |
| 01/03/2023 | 5005 | William G. West, CPA | Order Entered 12/13/22, Doc # 91 Accountant Expenses | 3420-000 | | $175.35 | $99,828.85 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $181.93 | $99,646.92 |
| 02/21/2023 | 5005 | STOP PAYMENT: William G. West, CPA | Order Entered 12/13/22, Doc # 91 Accountant Expenses | 3420-004 | | ($175.35) | $99,822.27 |
| 02/21/2023 | 5006 | William G. West, CPA | Order Entered 12/13/22, Doc # 91 Accountant Expenses | 3420-000 | | $175.35 | $99,646.92 |
| | | | **SUBTOTALS** | | $156,224.95 | $56,578.03 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-30825-H3-7 | | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3186 | | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 2/3/2020 | | | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 12/4/2023 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $145.48 | $99,501.44 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $170.92 | $99,330.52 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $144.77 | $99,185.75 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $160.05 | $99,025.70 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $164.95 | $98,860.75 |
| 07/13/2023 | 5007 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 7/7/23, Doc # 110<br>Third and final attorney fees | 3110-000 | | $3,605.00 | $95,255.75 |
| 07/13/2023 | 5008 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 7/7/23, Doc # 110<br>Third and final attorney expenses | 3120-000 | | $373.72 | $94,882.03 |
| 07/13/2023 | 5009 | TPS-West, LLC | Order Entered 7/7/23, Doc # 109<br>Accountant Fees | 3410-000 | | $10,271.50 | $84,610.53 |
| 07/13/2023 | 5010 | TPS-West, LLC | Order Entered 7/7/23, Doc # 109<br>Accountant Expenses | 3420-000 | | $151.28 | $84,459.25 |
| 10/24/2023 | 5011 | Eva Engelhart | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Trustee Compensation | 2100-000 | | $72,209.91 | $12,249.34 |
| 10/24/2023 | 5012 | Eva Engelhart | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Trustee Expenses | 2200-000 | | $525.01 | $11,724.33 |
| 10/24/2023 | 5013 | Texas Comptroller of Public Accounts | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Distribution on Claim #: 2 | 4210-000 | | $5,385.50 | $6,338.83 |
| 10/24/2023 | 5014 | Harris County Attorney's Office | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Distribution on Claim #: 4 | 5800-000 | | $4,315.59 | $2,023.24 |
| 10/24/2023 | 5015 | Texas Comptroller of Public Accounts | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Distribution on Claim #: 5 | 4210-000 | | $1,777.26 | $245.98 |

| | | | | SUBTOTALS | $0.00 | $99,400.94 | |

Page No: 6        Exhibit 9

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-30825-H3-7 | **Trustee Name:** Eva Engelhart |
| **Case Name:** | TEXAN SUPER DEALER, INC. | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***3186 | **Checking Acct #:** ******2501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 2/3/2020 | **Blanket bond (per case limit):** $197,925,000.00 |
| **For Period Ending:** | 12/4/2023 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2023 | 5016 | Texas Workforce Commission, Regulatory Integrity Division - SAU | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Distribution on Claim #: 7 | 5800-000 | | $10.92 | $235.06 |
| 10/24/2023 | 5017 | Internal Revenue Service | Order Entered 10/24/23, Doc # 127<br>Order Entered 10/24/23, Doc # 128<br>Distribution on Claim #: 18 | 5800-000 | | $235.06 | $0.00 |

|  |  |  |
|---|---:|---:|
| **TOTALS:** | $156,224.95 | $156,224.95 | $0.00 |
| **Less: Bank transfers/CDs** | $156,224.95 | $0.00 | |
| Subtotal | $0.00 | $156,224.95 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $156,224.95 | |

| For the period of 2/3/2020 to 12/4/2023 | | For the entire history of the account between 01/28/2022 to 12/4/2023 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $156,224.95 | Total Internal/Transfer Receipts: | $156,224.95 |
| | | | |
| Total Compensable Disbursements: | $156,224.95 | Total Compensable Disbursements: | $156,224.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $156,224.95 | Total Comp/Non Comp Disbursements: | $156,224.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 7    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-30825-H3-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | TEXAN SUPER DEALER, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3186 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/3/2020 | Blanket bond (per case limit): | $197,925,000.00 |
| For Period Ending: | 12/4/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $194,363.83 | $194,363.83 | $0.00 |

| For the period of 2/3/2020 to 12/4/2023 | | For the entire history of the case between 02/03/2020 to 12/4/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,631,997.05 | Total Compensable Receipts: | $1,631,997.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,631,997.05 | Total Comp/Non Comp Receipts: | $1,631,997.05 |
| Total Internal/Transfer Receipts: | $156,224.95 | Total Internal/Transfer Receipts: | $156,224.95 |
| | | | |
| Total Compensable Disbursements: | $1,631,997.05 | Total Compensable Disbursements: | $1,631,997.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,631,997.05 | Total Comp/Non Comp Disbursements: | $1,631,997.05 |
| Total Internal/Transfer Disbursements: | $156,224.95 | Total Internal/Transfer Disbursements: | $156,224.95 |

/s/ EVA ENGELHART

EVA ENGELHART